STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
BLAKE R. BERTAGNA (SB# 273069)
blakebertagna@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, California 92626-1924
Telephone: 1(714) 668-6200
Facsimile: 1(714) 979-1921

Attorneys for Defendant
WALT DISNEY PARKS AND RESORTS
U.S., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DE OLIVEIRA, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS & RESORTS, U.S., INC. and DOES 1 through 10,<br><br>Defendant. | CASE NO. 8:17-cv-01241-AG(JDEx)<br><br>Hon. Andrew J. Guilford<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S REMAINING INDIVIDUAL CLAIMS WITH PREJUDICE, AND THE REMAINING CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE** |

[PROPOSED] ORDER DISMISSING
PLAINTIFF'S REMAINING INDIVIDUAL
CLAIMS WITH PREJUDICE AND THE
REMAINING CLAIMS OF THE PUTATIVE
CLASS MEMBERS WITHOUT PREJUDICE

LEGAL_US_W # 92842078.2

1  The Court, having read and considered the stipulation of the parties in the
2  above-entitled action for dismissal of this action and all of the remaining individual
3  claims of plaintiff William de Oliveira in their entirety with prejudice, and for
4  dismissal of all remaining claims on behalf of putative class members which are
5  asserted therein in their entirety without prejudice, and good cause appearing
6  therefor, hereby orders that this action and all remaining individual claims of
7  plaintiff William de Oliveira which are asserted therein shall be dismissed in their
8  entirety with prejudice and that all remaining claims on behalf of putative class
9  members which are asserted therein shall be dismissed in their entirety without
10 prejudice, and that each of the parties shall bear his/its own costs, litigation
11 expenses and attorneys' fees in connection this action.

DATED:_____, 2018

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER DISMISSING PLAINTIFF'S REMAINING INDIVIDUAL CLAIMS WITH PREJUDICE AND THE REMAINING CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE

LEGAL_US_W # 92842078.2