STEPHEN L. BERRY  (SB# 101576)
stephenberry@paulhastings.com
BLAKE R. BERTAGNA  (SB# 273069)
blakebertagna@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, California  92626-1924
Telephone:  1(714) 668-6200
Facsimile:  1(714) 979-1921

Attorneys for Defendant
WALT DISNEY PARKS AND RESORTS
U.S., INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DE OLIVEIRA, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS & RESORTS, U.S., INC. and DOES 1 through 10,<br><br>Defendant. | CASE NO. 8:17-cv-01241-AG(JDEx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER DISMISSING PLAINTIFF'S REMAINING INDIVIDUAL CLAIMS WITH PREJUDICE, AND THE REMAINING CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE** |

[PROPOSED] ORDER DISMISSING
PLAINTIFF'S REMAINING INDIVIDUAL
CLAIMS WITH PREJUDICE AND THE
REMAINING CLAIMS OF THE PUTATIVE
CLASS MEMBERS WITHOUT PREJUDICE

LEGAL_US_W # 92842078.2

1     The Court, having read and considered the stipulation of the parties in the above-entitled action for dismissal of this action and all of the remaining individual claims of plaintiff William de Oliveira in their entirety with prejudice, and for dismissal of all remaining claims on behalf of putative class members which are asserted therein in their entirety without prejudice, and good cause appearing therefor, hereby orders that this action and all remaining individual claims of plaintiff William de Oliveira which are asserted therein shall be dismissed in their entirety with prejudice and that all remaining claims on behalf of putative class members which are asserted therein shall be dismissed in their entirety without prejudice, and that each of the parties shall bear his/its own costs, litigation expenses and attorneys' fees in connection this action.

DATED: March 01, 2018

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER DISMISSING PLAINTIFF'S REMAINING INDIVIDUAL CLAIMS WITH PREJUDICE AND THE REMAINING CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE

LEGAL_US_W # 92842078.2